**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | LARRY SCHULTZ | : | Chapter 13 |
|---|---|---|---|
| | JOANN M. SCHULTZ | : | |
| | | : | |
| | Debtor | : | Bky. No. 19-10805 ELF |

# O R D E R

**AND NOW,** by Order dated **December 22, 2016**, in **In re Joann Schultz, Bky. No. 16-16302** ("the Prior Case"), this court having prohibiting Debtor Joann Schultz from filing another bankruptcy case within 180 days of the dismissal of the Prior Case ("the Bar Order");

**AND**, the Prior Case having been dismissed on **August 29, 2018**, resulting in a prohibition against another bankruptcy filing until **February 26, 2019**:

**AND**, Debtor Joann Schultz having commenced the above-captioned bankruptcy case, as a co-debtor, on **February 7, 2019**, in violation of the Bar Order;

It is therefore **ORDERED** that the above-captioned bankruptcy case is **DISMISSED as to Debtor Joann Schultz only**.

Date: February 13, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**